Case 2:19-cv-06526-GRB-VMS Document 27 Filed 02/18/21 Page 1 of 1 PageID #: 66

FILED
CLERK
12:10 pm, Feb 18, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Amy H. Wilson, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

Collection Bureau of the Hudson Valley, Inc.,

                Defendant.

Case No: 2:19-cv-06526-GRB-VMS

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 16, 2021

| **BARRON & NEWBURGER, P.C.** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By: __/s Arthur Sanders__ | By: __/s Craig B. Sanders__ |
| Arthur Sanders, Esq. | Craig B. Sanders |
| 30 South Main Street, | 100 Garden City Plaza, Suite 500 |
| New City, NY 10956 | Garden City, New York 11530 |
| Tel: (845) 499-2990 | Tel. (516) 203-7600 |
| Email: | Email: *csanders@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 118246 |
| | *Attorneys for Plaintiff* |

Dated: 2/18/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.